ACCEPTED
01-14-00539-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/19/2015 10:49:18 AM
CHRISTOPHER PRINE
CLERK

**CAUSE NO. 01-14-00539-CV**

**IN THE COURT OF APPEALS**
**FOR THE**
**FIRST JUDICIAL DISTRICT OF TEXAS**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/19/2015 10:49:18 AM

CHRISTOPHER A. PRINE
Clerk

**TAN DUC USA**
*Appellant,*

**v.**

**JIMMY TRAN**
*Appellee.*

**On Appeal from the Harris County District Court, 309th Judicial District**
**Harris County, Texas**
**Cause No. 2010-48243**

**APPELLANT TAN DUC USA'S RESPONSE OPPOSING APPELLEE JIMMY TRAN'S MOTION TO AGAIN EXTEND HIS DEADLINES FOR FILING BRIEF AS APPELLEE**

**Tan Duc USA, Appellant**
Keryl L Douglas, Atty. of Appellant Tan Duc USA
Texas Bar No. 24060880
5804 Bayou Bend Court, Houston, TX 77004
Tel. 713-819-9945 Fax 713-589-6823

**Jimmy Tran, Appellee/Cross Appellate**
Matthew Muller, Attorney for Appellee Tran
Texas Bar No. 14648450
1445 N. Loop West, Ste 760, Houston, TX 77007
Tel. 713-227-1888 Fax 713-227-1881

**Maya Dang, Appellant**
Alan B. Daughtry, Counsel for Appellant Dang
Texas Bar No. 00793583
3355 West Alabama, Ste 444, Houston, TX 77098
Tel. 281-300-5202 Fax 281-404-4478

1

**APPELLANT TAN DUC USA'S RESPONSE OPPOSING APPELLEE JIMMY TRAN'S MOTION TO AGAIN EXTEND HIS DEADLINES FOR FILING BRIEF AS APPELLEE**

To This Honorable Appeals Court, comes now Tan Duc USA, Appellant here and Co-defendant below, and files this Response Opposing Appellee Jimmy Tran's Motion to Again Extend His Deadlines for Filing Briefs as Appellee, and would show the Court the following:

1. This court issued new briefing schedule On August 25, 2015 with deadline of September 24, 2015 for Appellant Tan Duc USA to file its Amended Brief and for Appellee/Conditional Cross Appellate Jimmy Tran to file his briefs, with notice of no further extensions.

2. Appellant Tan Duc USA filed its Amended Brief.

3. Appellee Jimmy Tran filed another motion for to again extend deadline to file his Appellee Brief in Response to Appellant Maya Dang, which this court granted.

4. Jimmy Tran has again missed that deadline extended multiple times and has again filed motion to again extend deadline to file Appellee Brief to Tuesday, October 20, 2015.

5. Again, Counsel for Jimmy Tran violated TRAP 10.1(a)(5) by refusing to conference with Counsel for Appellant Tan Duc USA, as he admitted in each of his Certificates of Conference for his repeated motions to extend.

6. The repeated extensions granted to Appellee Jimmy Tran give unfair or imbalanced advantage of more time to file briefs than has been afforded Tan Duc USA and thereby works an injustice to Tan Duc USA.

7. Tan Duc USA respectfully implores this Court to deny Jimmy Tran's current Motion to extend time to file Appellee's Brief.

8. Tan Duc USA asks that Jimmy Tran and Counsel be cited or sanctioned for routinely failing or refusing to conference with Counsel for all parties as required by TRAP 10(a)(5) by denying his Motion to Extend time presently before this honorable court for consideration.

**CONCLUSION**

Appellant Tan Duc USA timely filed its Amended Appellant's Brief. Appellee and Conditional Cross Appellant Jimmy Tran filed neither brief as directed by Order of this Court, but instead filed another motion to again extend time to file Appellee Brief. This Honorable Court granted that extension and Jimmy Tran has again missed that deadline, failing to timely file his brief by that extended deadline, and instead has filed yet another motion to extend time. As with the last times, Jimmy Tran violated TRAP 10(a)(5) by refusing to conference with counsel for Tan Duc USA regarding his motion. Tan Duc USA respectfully asks this Honorable Court to deny Jimmy Tran's Motion to Extend and that Jimmy Tran not be permitted to late file his brief. Further, Tan Duc USA respectfully asks this Honorable Court

that Jimmy Tran be also sanctioned for repeatedly violating TRAP 10(a)(5) by refusing to conference with counsel for Tan Duc USA for purpose of motion as required by appellate rules and that Jimmy Tran's motion to again extend deadline to file appellee brief be denied.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, for all of the foregoing Tan Duc USA respectfully asks this Honorable Court to deny Jimmy Tran's Motion to Extend and that Jimmy Tran not be permitted to late file his appellee brief. Further, Tan Duc USA respectfully asks that if this Honorable Court sanction Jimmy Tran for repeated, willful, knowing violation of TRAP(a)(5) by repeatedly refusing to conference with Appellate Tan Duc USA, and for this reason also be denied yet another extension of time to late file Appellee Brief.


Respectfully Submitted By:


By: _____s/Keryl L. Douglas_____
      Attorney for Appellant
      Tan Duc USA
      The Law Office of Keryl L. Douglas
      Texas Bar #24060880
      5804 Bayou Bend Court
      Houston, Texas 77004
      713-819-9945  phone    713-589-6823  fax
      kerylldouglas@gmail.com

## Certificate of Service

As required by Texas Rule of Appellate Procedure, I hereby certify that I have served this document on all other parties which are listed below by e-file and email on October 19, 2015 as follows:

Jimmy Tran, Appellee
Matthew Muller, Attorney for Appellee
Texas Bar No. 14648450
1445 N. Loop West, Suite 760
Houston, Texas  77007
Tel.   713-227-1888   Fax       713-227-1881
mmuller@texas.net

Maya Dang, Appellant
Alan B. Daughtry, Counsel for Appellant
Texas Bar No. 00793583
3355 West Alabama, Suite 444
Houston, Texas  77098
Tel. 281-300-5202   Fax   281-404-4478
alan@alandaughtrylaw.com